UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-80949-CIV-COHN/SNOW

JULIE BHUIYAN, on her own behalf
and others similarly situated,

       Plaintiff,

vs.

EXPRESS CONSOLIDATION, INC.,
a Florida corporation, and RANDALL
L. LESHIN, individually,

       Defendants.

_____/

## FINAL JUDGMENT AND ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff Julie Bhuiyan's Notice of

Acceptance of Defendant Express Consolidation, Inc.'s Offer of Judgment [DE 15].

Having reviewed the Notice, the Offer of Judgment [DE 9], and the underlying record in

this matter, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  Judgment is hereby entered in favor of Plaintiff Julie Bhuiyan and against

Defendant Express Consolidation, Inc. for One Thousand Ninety Dollars and seventy

cents ($1,090.70).

2.  Judgment is hereby entered in favor of Plaintiff Julie Bhuiyan and against

Defendant Express Consolidation, Inc. for One Thousand Dollars ($1,000.00) for

attorney's fees and costs to Shavitz Law Group, P.A. pursuant to 29 U.S.C. § 216(b).

3.  All Plaintiff Julie Bhuiyan's claims against Individual Defendant Randall L.

Leshin are **DISMISSED WITH PREJUDICE**.

4.  Upon receipt of payment from Defendant Express Consolidation, Inc., Plainitff Julie Bhuiyan shall file a Notice of Satisfaction of Judgment and request that all claims against Defendant Express Consolidation, Inc. be dismissed with prejudice.

5.  The Clerk of the Court shall administratively **CLOSE THIS CASE**.

6.  All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 15th day of November, 2006.

JAMES I. COHN
United States District Judge

Copies furnished to:

Maguene Dieudonne, Esq.
Stacy Strolla, Esq.

2